UNITED STATES DISTRICT COURT

WESTERN DISTRICT WASHINGTON

SEATTLE DIVISION

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>DRAGONCHAIN, INC., DRAGONCHAIN FOUNDATION, THE DRAGON COMPANY, and JOSEPH J. ROETS,<br><br>Defendants. | Case No. 22-cv-01145-JNW<br><br>Hon. Jamal N. Whitehead<br><br>**JOINT MOTION TO MODIFY SCHEDULING ORDER** |

Pursuant to LCR 16(b)((6), Plaintiff Securities and Exchange Commission ("Plaintiff" or "SEC") and Defendants Dragonchain, Inc., Dragonchain Foundation, The Dragon Company, and Joseph J. Roets ("Defendants") (collectively, "Parties"), through their undersigned counsel of record, hereby jointly move the Court to modify the Civil Trial Scheduling Order entered on January 30, 2023 (Dkt. 20, "Scheduling Order"). The Parties' requested modifications and good cause basis for these modifications are set forth below.

JOINT MOTION TO MODIFY SCHEDULING ORDER
*SEC v. DRAGONCHAIN, INC. ET AL.* (NO. 22-cv-01145-JNW)

1

Securities and Exchange Commission
175 West Jackson Blvd., Suite 1450
Chicago, Illinois 60604
(312) 353-7390

### A. Basis for Proposed Modifications

Under the current Scheduling Order, fact discovery is set to close in less than a month, on September 25, 2023. However, in light of the Parties' ongoing fact discovery disputes, the status of fact discovery, and the limited time remaining in fact discovery, the parties seek an approximate 180-day extension of the close of fact discovery, as well as corresponding extensions of subsequent case deadlines. Document production is still on going, and the Parties have a number of depositions to take.

To date, the Parties have propounded document requests and interrogatories to each other. The SEC has provided written responses to Defendants' requests and has produced certain documents responsive to the requests. Defendants have advised the SEC that Defendants believe that the SEC's responses to Defendants' requests are deficient. The SEC believes that its responses to Defendants' requests are sufficient. The Parties have met and conferred over their disputes regarding Defendants' discovery requests and the SEC's responses thereto. The Parties continue to meet and confer over these disputes in good faith in an effort to resolve these disputes without seeking Court action. Defendants have not yet responded to the SEC's discovery requests and have advised the SEC that Defendants need additional time to respond to the requests, especially given that Defendants' current counsel needs to ascertain the location of potentially responsive information from Defendants' former counsel, which represented Defendants during the SEC's pre-litigation investigation.

The Parties' proposed schedule modifications adjust the fact discovery period by approximately 180 days (from September 25, 2023 to March 25, 2024), and provide proportional extensions of all subsequent case deadlines, including the trial date. There is good cause for these adjustments, in light of the Parties' ongoing fact discovery disputes, the status of fact discovery, and the limited time remaining in fact discovery, as summarized above.

### B. PROPOSED REVISED SCHEDULE

The chart below identifies the Parties' proposed revisions to the case schedule to account for the issues identified above.

| EVENT | SCHEDULING ORDER (Dkt. 20) | JOINT MODIFICATION PROPOSAL |
|---|---|---|
| Discovery completed by [Close of Fact Discovery] | September 25, 2023 | March 25, 2024 |
| Mediation completed by | October 10, 2023 | April 8, 2024 |
| Dispositive motions due by | October 24, 2023 | April 22, 2024 |
| Motions in Limine due by | January 12, 2024 | July 12, 2024 |
| Pretrial order due by | January 12, 2024 | July 12, 2024 |
| Proposed verdict forms, voir dire, and jury instructions due by | January 16, 2024 | July 16, 2024 |
| Trial briefs due by | January 18, 2024 | July 18, 2024 |
| Jury trial begins | January 22, 2024 | July 22, 2024 |

Dated: this 6th day of September, 2023        Respectfully submitted,

UNITED STATES SECURITIES AND EXCHANGE COMMISSION
*/s/ Eric M. Phillips*
By: One of Its Attorneys
Arsen R. Ablaev (conditionally admitted pursuant to LCR 83.1(c) (2))
Eric M. Phillips (conditionally admitted pursuant to LCR 83.1(c) (2))
Alyssa A. Qualls (conditionally admitted pursuant to LCR 83.1(c) (2))
175 West Jackson Boulevard, Suite 1450
Chicago, IL  60604-2615
Phone:  (312) 596-6038
Facsimile: (312) 353-7398
Email: ablaeva@sec.gov
Email: phillipse@sec.gov
Email: quallsa@@sec.gov

Respectfully submitted,
DRAGONCHAIN, INC., DRAGONCHAIN FOUNDATION, THE DRAGON COMPANY, AND JOHN J. ROETS

*/s/ David M. Otto*

By: One of Its Attorneys
David M. Otto
Benjamin F. York
MartinDavis PLLC
1200 Westlake Avenue North, Suite 802
Seattle, WA 98109
Phone: (206) 906-9346
Facsimile: (206) 400=2712
Email: DOtto@martindavislaw.com
Email: Byork@martindavislaw.com

JOINT MOTION TO MODIFY SCHEDULING ORDER
*SEC v. DRAGONCHAIN, INC. ET AL.* (NO. 22-cv-01145-JNW)

4

Securities and Exchange Commission
175 West Jackson Blvd., Suite 1450
Chicago, Illinois 60604
(312) 353-7390

# **ORDER**

It is so ORDERED.

Dated this 7th day of September, 2023.

                                                      Jamal N. Whitehead
                                                     United States District Judge

JOINT MOTION TO MODIFY SCHEDULING ORDER
*SEC v. DRAGONCHAIN, INC. ET AL.* (NO. 22-cv-01145-JNW)

Securities and Exchange Commission
175 West Jackson Blvd., Suite 1450
Chicago, Illinois 60604
(312) 353-7390