# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT WASHINGTON
# SEATTLE DIVISION

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION, <br><br> Plaintiff, <br><br> v. <br><br> DRAGONCHAIN, INC., DRAGONCHAIN FOUNDATION, THE DRAGON COMPANY, and JOSEPH J. ROETS, <br><br> Defendants. | Case No. 22-cv-01145-JNW <br><br> Hon. Jamal N. Whitehead <br><br> **JOINT MOTION TO MODIFY SCHEDULING ORDER** |

Pursuant to LCR 16(b)(6), Plaintiff Securities and Exchange Commission ("Plaintiff" or "SEC") and Defendants Dragonchain, Inc., Dragonchain Foundation, The Dragon Company, and Joseph J. Roets ("Defendants") (collectively, "Parties"), through their undersigned counsel of record, hereby jointly move the Court to modify the Civil Trial Scheduling Order entered on September 7, 2023 (Dkt. 27, "Scheduling Order"). The Parties' requested modifications and good cause basis for these modifications are set forth below.

JOINT MOTION TO MODIFY SCHEDULING ORDER
*SEC v. DRAGONCHAIN, INC. ET AL.* (NO. 22-cv-01145-JNW)

1

Securities and Exchange Commission
175 West Jackson Blvd., Suite 1450
Chicago, Illinois 60604
(312) 353-7390

**A. Basis for Proposed Modifications**

Under the current Scheduling Order, fact discovery is set to close in less than two weeks, on March 25, 2024. The Parties have made progress on discovery since the date of the Parties' September 2023 motion (Dkt. No. 26) to modify the original scheduling order in this case. (Dkt. No. 20). However, in light of the status of fact discovery, and the limited time remaining in fact discovery, the parties seek an approximate 180-day extension of the close of fact discovery, as well as corresponding 180-day extensions of subsequent case deadlines. Written discovery is still ongoing, and the Parties have a number of depositions to take.

To date, the Parties have propounded document requests and interrogatories to each other. The SEC has provided written responses to Defendants' requests and has produced certain documents responsive to the requests. Defendants have advised the SEC that Defendants intend to serve additional document requests and interrogatories upon the SEC. Defendants have responded to the SEC's document requests and interrogatories. In November 2023, the Parties met and conferred by videoconference regarding Defendants' responses to the SEC's discovery requests. As a result of this meet-and-confer, Defendants agreed to supplement their responses by February 2024. However, in February 2024, Defendants' lawyers advised the SEC that Defendants needed additional time to provide supplementation of Defendants' responses to the SEC's requests. Defendants have not yet supplemented their responses to the SEC's requests. In February 2024, the SEC served deposition subpoenas on three non-parties, and the SEC also requested production of documents from one of these subpoenaed non-parties. One of the depositions of the subpoenaed non-parties has been scheduled for late April 2024 in Seattle. The Parties are attempting to schedule the depositions of the other subpoenaed non-parties for mutually convenient dates and locations. The SEC is also negotiating with one of the subpoenaed non-parties to establish a revised deadline for the non-party's production of documents responsive to the SEC's subpoena. The SEC intends to subpoena additional non-parties for depositions, as well as notice the depositions of one of more representatives of the Defendants.

The Parties' proposed schedule modifications adjust the fact discovery period by approximately 180 days (from March 25, 2024 to September 23, 2024), and provide proportional 180-day extensions of all subsequent case deadlines, including the trial date. There is good cause for these adjustments, in light the status of fact discovery, the progress that the Parties have made in conducting discovery, and the limited time remaining in fact discovery, as summarized above.

B.  PROPOSED REVISED SCHEDULE

The chart below identifies the Parties' proposed revisions to the case schedule to account for the issues identified above.

| EVENT | SCHEDULING ORDER (Dkt. 27) | JOINT MODIFICATION PROPOSAL |
|---|---|---|
| Discovery completed by [Close of Fact Discovery] | March 25, 2024 | September 23, 2024 |
| Mediation completed by | April 8, 2024 | October 7, 2024 |
| Dispositive motions due by | April 22, 2024 | October 21, 2024 |
| Motions in Limine due by | July 12, 2024 | January 10, 2025 |
| Pretrial order due by | July 12, 2024 | January 10, 2025 |
| Proposed verdict forms, voir dire, and jury instructions due by | July 16, 2024 | January 17 2025 |
| Trial briefs due by | July 18, 2024 | January 21, 2025 |
| Jury trial begins | July 22, 2024 | January 27, 2025 |

Dated:  this 12th day of March, 2024            Respectfully submitted,

UNITED STATES SECURITIES AND EXCHANGE COMMISSION
*/s/ Eric M. Phillips*
By: One of Its Attorneys
Arsen R. Ablaev (conditionally admitted pursuant to LCR 83.1(c) (2))
Eric M. Phillips (conditionally admitted pursuant to LCR 83.1(c) (2))

1
2
3
4
5

Alyssa A. Qualls (conditionally admitted pursuant to LCR 83.1(c) (2))
175 West Jackson Boulevard, Suite 1450
Chicago, IL 60604-2615
Phone: (312) 596-6038
Facsimile: (312) 353-7398
Email: ablaeva@sec.gov
Email: phillipse@sec.gov
Email: quallsa@@sec.gov

6
7
8
9
10
11
12
13
14
15
16
17
18

Respectfully submitted,
DRAGONCHAIN, INC., DRAGONCHAIN FOUNDATION, THE DRAGON COMPANY, AND JOHN J. ROETS
*/s/ David M. Otto*
By: One of Its Attorneys
David M. Otto
Benjamin F. York
MartinDavis PLLC
1200 Westlake Avenue North, Suite 802
Seattle, WA 98109
Phone: (206) 906-9346
Facsimile: (206) 400=2712
Email: DOtto@martindavislaw.com
Email:Byork@martindavislaw.com

19
20
21
22
23
24
25
26
27
28

JOINT MOTION TO MODIFY SCHEDULING ORDER
*SEC v. DRAGONCHAIN, INC. ET AL.* (NO. 22-cv-01145-JNW)

4

Securities and Exchange Commission
175 West Jackson Blvd., Suite 1450
Chicago, Illinois 60604
(312) 353-7390

# ORDER

IT IS SO ORDERED.

DATED this 21st day of March, 2024.

_____
Jamal N. Whitehead
United States District Judge

JOINT MOTION TO MODIFY SCHEDULING ORDER
*SEC v. DRAGONCHAIN, INC. ET AL.* (NO. 22-cv-01145-JNW)

Securities and Exchange Commission
175 West Jackson Blvd., Suite 1450
Chicago, Illinois 60604
(312) 353-7390