1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br>                              Plaintiff,<br><br>          v.<br><br>DRAGONCHAIN INC, DRAGONCHAIN FOUNDATION, THE DRAGON COMPANY, JOSEPH J ROETS, JOHN JOSEPH ROETS,<br>                              Defendant. | CASE NO. 2:22-cv-1145<br><br>ORDER DENYING JOINT MOTION TO MODIFY SCHEDULING ORDER |

Before the Court is the Parties' Joint Motion to Modify Scheduling Order, Dkt. No. 33. Having considered the motion and the record, the Court finds good cause to extend the deadlines lacking. The United States filed this case in August 2022, and this latest motion marks the Parties' *third* request for an extension.

When the Court granted the Parties' second extension request, it informed them that a third extension would not be granted absent extraordinary circumstances. There is nothing special about settlement discussions—the reason proffered for the current request—to justify yet another extension here. This is all the more true given that trial is set to commence on January 27, 2025—half-a-year

from now—providing the Parties ample opportunity to resolve the case on their own terms.

Accordingly, the Court DENIES the motion at Dkt. No. 33.


Dated this 24th day of July, 2024.


Jamal N. Whitehead
United States District Judge

**ORDER** DENYING JOINT MOTION TO MODIFY SCHEDULING ORDER - 2