# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# SEATTLE DIVISION

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>DRAGONCHAIN, INC., DRAGONCHAIN FOUNDATION, THE DRAGON COMPANY, and JOSEPH J. ROETS,<br><br>Defendants. | Case No. 22-cv-01145-JNW<br><br>Hon. Jamal N. Whitehead<br><br>**NOTICE OF SETTLEMENT OFFER AND JOINT MOTION FOR 60-DAY STAY** |

Plaintiff United States Securities and Exchange Commission ("SEC") and Defendants Dragonchain, Inc., Dragonchain Foundation, The Dragon Company, and Joseph J. Roets (collectively, "Defendants") (together, with the SEC, "Parties") hereby notify the Court that as a result of a mediation with an outside mediator that occurred on October 7, Defendants have made a settlement offer that SEC staff members plan to recommend to the SEC's Commissioners. Because only the SEC's Commissioners, and not SEC staff, can decide whether to settle a case, SEC staff members are required to circulate a written recommendation within the SEC for review and comment, and then submit the recommendation to the SEC's Commissioners for their consideration

NOTICE OF SETTLEMENT OFFER AND
JOINT MOTION FOR 60-DAY STAY
*SEC v. DRAGONCHAIN, INC. ET AL.* (NO. 22-cv-01145-JNW)

Securities and Exchange Commission
175 West Jackson Blvd., Suite 1450
Chicago, Illinois 60604 (312) 353-7390

and approval. This process will take a number of additional weeks.

Accordingly, the Parties respectfully request a stay of this case for approximately 60 days, until December 20, 2024, so that SEC staff can prepare the necessary recommendation to the SEC's Commissioners. If the SEC's Commissioners vote to accept Defendants' settlement offer, counsel will file the appropriate proposed papers that would reflect a settlement of all outstanding issues in this litigation by no later than December 20, 2024.

Dated: this 18th day of October, 2024        Respectfully submitted,

UNITED STATES SECURITIES AND
EXCHANGE COMMISSION

*/s/ Alyssa A. Qualls*
By: One of Its Attorneys
Arsen R. Ablaev (conditionally admitted pursuant to LCR 83.1(c) (2))
Eric M. Phillips (conditionally admitted pursuant to LCR 83.1(c) (2))
Alyssa A. Qualls (conditionally admitted pursuant to LCR 83.1(c) (2))
175 West Jackson Boulevard, Suite 1450
Chicago, IL 60604-2615
Phone: (312) 596-6038
Facsimile: (312) 353-7398
Email: ablaeva@sec.gov
Email: phillipse@sec.gov
Email: quallsa@@sec.gov

DRAGONCHAIN, INC., DRAGONCHAIN
FOUNDATION, THE DRAGON COMPANY,
AND JOHN J. ROETS

*/s/ David M. Otto*
By: One of Its Attorneys
David M. Otto
Benjamin F. York
MartinDavis PLLC
1200 Westlake Avenue North, Suite 802
Seattle, WA 98109
Phone: (206) 906-9346
Facsimile: (206) 400-2712
Email: DOtto@martindavislaw.com
Email: Byork@martindavislaw.com

NOTICE OF SETTLEMENT OFFER AND
JOINT MOTION FOR 60-DAY STAY                           2
SEC v. DRAGONCHAIN, INC. ET AL. (NO. 22-cv-01145-JNW)

Securities and Exchange Commission
175 West Jackson Blvd., Suite 1450
Chicago, Illinois 60604 (312) 353-7390

# **ORDER**

This matter is STAYED until December 20, 2024. The Parties will submit a joint status report on or before December 20, 2024, if the SEC's Commissioners reject the proposed settlement.

IT IS SO ORDERED.

DATED this 29th day of October, 2024.

Jamal N. Whitehead
United States District Judge