UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

SEATTLE DIVISION

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>DRAGONCHAIN, INC., DRAGONCHAIN FOUNDATION, THE DRAGON COMPANY, and JOSEPH J. ROETS,<br><br>Defendants. | Case No. 22-cv-01145-JNW<br><br>Hon. Jamal N. Whitehead<br><br>**JOINT STATUS REPORT** |

On October 29, 2024, the Court stayed this matter until December 20, 2024 to allow the staff of the United States Securities and Exchange Commission ("SEC") to obtain approval of the SEC's Commissioners of a possible settlement in this matter. (Dkt. No. 38.) The Court directed the parties to report on the status of the proposed settlement by no later than December 20, 2024. (*Id*.)

The parties jointly report that, despite progress being made over the past forty-five (45) days toward a meaningful and reasonable settlement agreement, settlement negotiations broke down as of December 19, 2024. The SEC and Defendants, therefore, respectfully request that the Court return

this case to its active docket.

The parties disagree about how to proceed.

**SEC's Position**

The SEC intends to move for summary judgment and the SEC understands that Defendants intend to move as well. However, due to a potential lapse in appropriations as has been widely reported by the press, the SEC would shut down as of tomorrow, December 21, 2024. In such an event, most personnel will be furloughed (with limited exceptions) and prohibited from working, including the SEC attorneys assigned to this matter. Further, SEC employees are not permitted to work on a voluntary basis when furloughed. *See* 31 U.S.C. § 1342. Accordingly, the SEC respectfully requests leave to submit a proposed briefing schedule to the Court for the cross-summary judgment motions within seven (7) days after the end of any shutdown and resumption of the SEC's normal operations.

**Defendants' Position**

Separately, Defendants request that the Court stay this matter because (i) they need to secure the admission of co-counsel, John Deaton, via a pro hac vice application, for the ongoing litigation; (ii) there are fast-approaching changes to SEC leadership and enforcement priorities, as has been widely reported in the press (the nominee for the SEC Commissioner position has indicated that they intend to move to stay ongoing enforcement litigation that does not involve investor fraud, investor loss, or risk of imminent harm. This case meets those criteria); and (iii) scheduling difficulties among the parties due to the holiday season (collectively, the "Contingencies"). Accordingly, the Defendants respectfully request a stay of this matter until the resolution of the Contingencies, but in no event later than January 27, 2025.

| | | |
|---|---|---|
| 1 | Dated: this 20th day of December 2024 | Respectfully submitted, |
| 2 | | UNITED STATES SECURITIES AND EXCHANGE COMMISSION |

/s/ Alyssa A. Qualls
By: One of Its Attorneys
Arsen R. Ablaev (conditionally admitted pursuant to LCR 83.1(c) (2))
Eric M. Phillips (conditionally admitted pursuant to LCR 83.1(c) (2))
Alyssa A. Qualls (conditionally admitted pursuant to LCR 83.1(c) (2))
175 West Jackson Boulevard, Suite 1450
Chicago, IL  60604-2615
Phone:  (312) 596-6038
Email: ablaeva@sec.gov
Email: phillipse@sec.gov
Email: quallsa@@sec.gov

DRAGONCHAIN, INC., DRAGONCHAIN FOUNDATION, THE DRAGON COMPANY, AND JOHN J. ROETS

/s/ David M. Otto
By: One of Its Attorneys
David M. Otto
Benjamin F. York
MartinDavis PLLC
1200 Westlake Avenue North, Suite 802
Seattle, WA 98109
Phone:  (206) 906-9346
Email: DOtto@martindavislaw.com
Email: Byork@martindavislaw.com

# **ORDER**

IT IS SO ORDERED.

DATED this _____ day of _____, 2024.

_____
HONORABLE JAMAL N. WHITEHEAD