UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>DRAGONCHAIN INC, DRAGONCHAIN FOUNDATION, THE DRAGON COMPANY, JOSEPH J ROETS, JOHN JOSEPH ROETS,<br><br>Defendants. | CASE NO. 2:22-cv-1145<br><br>ORDER |

After reviewing the Parties' Joint Status Report, the Court ORDERS as follows:

- This matter is STAYED until January 27, 2025.

- The trial date and related pretrial deadlines are STRICKEN.

- The Parties must submit a Joint Status Report by January 27, 2025, that provides: (1) the date by which the case will be ready for trial; (2) the estimated number of trial days required; (3) whether the parties intend to mediate further; and (4) a proposed summary judgment or cross-summary

**ORDER** - 1

judgment briefing schedule (whichever applies). If the Parties intend to cross-move for summary judgment, they should refer to Rule 5.8 of this Court's Chambers Procedures – Civil, which may be found at https://www.wawd.uscourts.gov/judges/whitehead-procedures.

Dated this 27th day of December, 2024.

                                     Jamal N. Whitehead
                                     United States District Judge

ORDER - 2