# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# SEATTLE DIVISION

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>DRAGONCHAIN, INC., DRAGONCHAIN FOUNDATION, THE DRAGON COMPANY, and JOSEPH J. ROETS,<br><br>Defendants. | Case No. 22-cv-01145-JNW<br><br>Hon. Jamal N. Whitehead<br><br>**JOINT STATUS REPORT** |

On December 27, 2024, the Court stayed this matter until January 27, 2025 and ordered the parties to submit a Joint Status Report by January 27, 2025 that provides (1) the date by which the case will be ready for trial; (2) the estimated number of trial days required; (3) whether the parties intend to mediate further; and (4) a proposed summary judgment or cross-summary judgment briefing schedule (whichever applies). (Dkt. No. 40.)

Defendants respectfully request an additional 90-day stay of this matter, further discussed below, up to and including April 28, 2025.

On January 23, 2025, President Trump issued an Executive Order (the "Order") to provide, among other things, regulatory clarity, and to "promote United States leadership in digital assets and financial technology while protecting economic liberty."[1] Additionally, the Order imposes certain 30, 60, and 180-day obligations that Defendants believe will affect current SEC's enforcement actions.[2] The Order establishes a President's Working Group on Digital Asset Markets (the "Working Group") to be led by the White House's AI and crypto czar, David Sacks.[3] The Working Group will deliver recommendations within 60 days on rules or regulations affecting crypto that could be rescinded or modified, with regulatory and legislative proposals to follow within 180 days.[4] Additionally, the Order revokes Executive Order 14067, the Treasury's 2022 "Framework for International Engagement on Digital Assets", and the SEC has repealed SAB 121.[5]

Mark T. Uyeda has been named Acting Chairman of the SEC.[6] On or around January 21, 2025, Mr. Uyeda launched a crypto task force (the "Task Force") "dedicated to developing a comprehensive and clear regulatory framework for crypto assets"[7] with SEC Commissioner Hester Peirce leading the Task Force. "The Task Force's focus will be to help the Commission draw clear regulatory lines, provide realistic paths to registration, craft sensible disclosure frameworks, and deploy enforcement resources judiciously."[8]

---

[1] Exec. Order. (Jan 23, 2025) Strengthening American Leadership in Digital Financial Technology (the "Order"), https://www.whitehouse.gov/presidential-actions/2025/01/strengthening-american-leadership-in-digital-financial-technology/
[2] *Id.*
[3] *Id.*; *See also* Trump Forms Crypto Working Group To Create Fed. Framework (Jan. 23, 2025), https://www.law360.com/consumerprotection/articles/2288252/trump-forms-crypto-working-group-to-create-fed-framework
[4] *Id.*
[5] *Id.*; *See* https://www.sec.gov/rules-regulations/staff-guidance/staff-accounting-bulletins/staff-accounting-bulletin-122)
[6] Acting Chairman (Jan. 25, 2025), https://www.sec.gov/about/sec-commissioners/mark-t-uyeda
[7] *See* SEC Crypto 2.0: Acting Chairman Uyeda Announces Formation of New Crypto Task Force (Jan. 21, 2025) https://www.sec.gov/newsroom/press-releases/2025-30
[8] *Id.*

In light of these developments, Defendants request a 90-day stay.

The SEC does not take a position on Defendants' request. Upon the Court's resolution of Defendants' request, the Parties will propose a schedule for the remainder of the case in accordance with any further deadline ordered by the Court.

Dated: this 27th day of January 2025

Respectfully submitted,

UNITED STATES SECURITIES AND EXCHANGE COMMISSION

*/s/ Alyssa A. Qualls*
By: One of Its Attorneys
Arsen R. Ablaev (conditionally admitted pursuant to LCR 83.1(c) (2))
Eric M. Phillips (conditionally admitted pursuant to LCR 83.1(c) (2))
Alyssa A. Qualls (conditionally admitted pursuant to LCR 83.1(c) (2))
175 West Jackson Boulevard, Suite 1450
Chicago, IL 60604-2615
Phone: (312) 596-6038
Email: ablaeva@sec.gov
Email: phillipse@sec.gov
Email: quallsa@@sec.gov

DRAGONCHAIN, INC., DRAGONCHAIN FOUNDATION, THE DRAGON COMPANY, AND JOHN J. ROETS

*/s/ David M. Otto*
By: One of Its Attorneys
David M. Otto
Benjamin F. York
MartinDavis PLLC
1200 Westlake Avenue North, Suite 802
Seattle, WA 98109
Phone: (206) 906-9346
Email: DOtto@martindavislaw.com
Email: Byork@martindavislaw.com

**ORDER**

IT IS SO ORDERED.

DATED this 29th day of January 2025.

_____
HONORABLE JAMAL N. WHITEHEAD